

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-08-00304-CV

## IN RE TREND GATHERING AND TREATING, L.P.

_____

## Original Proceeding

---

## MEMORANDUM  OPINION

---

Relator has filed a motion to withdraw its petition for writ of mandamus.  We dismiss this proceeding without prejudice.


PER CURIAM

Before Chief Justice Gray,
        Justice Vance and
        Justice Reyna
Petition dismissed
Opinion delivered and filed September 17, 2008
[OT06]